IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JEREMY DAN SMITH,

    Plaintiff,

v.

                           CIVIL ACTION NO.: CV507-006

COFFEE COUNTY JAIL,

    Defendant.

## ORDER

In an Order dated January 18, 2007, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until February 20, 2007, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court. Plaintiff was instructed to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement. The Court has received Plaintiff's trust account statement, however, Plaintiff has not returned the Consent. As previously advised, Plaintiff must sign and return this Consent. The Court will allow Plaintiff ten days from the date of this Order to sign and return the Consent attached to this Order. Plaintiff's failure to comply with this Order will result in the dismissal of this action.

SO ORDERED, this 2 day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)